| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CRIMINAL ACTION NO. 4:08-CR-194 |
| | § | |
| CHRISTOPHER DUNCAN | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and the parties' waiver of right to file objections, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's supervised release is hereby **EXTENDED** and Defendant's supervised release shall be extended for one (1) year from the date of this Order under the same conditions previously entered. It is further

**ORDERED** that Defendant shall be released from custody to begin his extended period of supervised release.

SIGNED at Beaumont, Texas, this 5th day of April, 2013.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE